# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00082-CV

**Marcus Blalock, Appellant**

**v.**

**Tyler Price, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 80966, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 29, 2018. After this Court sent a notice advising appellant that his brief was overdue, appellant submitted a brief on July 12, which was received, not filed, because it was not timely filed or accompanied by a motion for extension of time and it failed to comply with the rules of appellate procedure. We notified appellant of various specific deficiencies and requested that he resubmit a compliant brief accompanied by a motion for extension of time on or before July 19, 2018. In August, we sent two additional notices that a compliant brief was overdue. After receiving a "motion for extension of time to file petition for review," which we construed as a motion for extension of time to file a corrected brief and then granted, the Court advised appellant that no further extensions would be granted. Appellant subsequently resubmitted the same non-compliant brief, with the sole addition being a form titled "Judgement [sic] in a Civil Action" that appellant

appears to have filled in with the judgment amount he hoped to recover. None of the previously identified deficiencies were addressed by appellant's latest filing. The Court has provided multiple opportunities and a lengthy period of time for appellant to file a brief that is compliant with the appellate rules, and to date, appellant has failed to do so. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed for Want of Prosecution

Filed: October 11, 2018